IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DONALD JASON LEWIS**                                                                                        **PLAINTIFF**

**V.**                                  **CASE NO. 3:22-CV-03014**

**HEIDI PARKER, Jail Administrator,**
**Searcy County Detention Center; and**
**JAIL ADMINISTRATOR TRACY SUTTERFIELD**                            **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 13) filed in this case on May 4, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 25th day of May, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE